Herlihy Mid-Continental Company, Appellant, v. Sanitary District of Chicago, Appellee.

Gen. No. 42,571.

Heard in the second division, first district, this court at the February

term, 1943; opinion filed April 6, 1944. Sheehan & Crilly, for appellant; Ernst Buehler and John H. Bishop, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.